UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLACKPASS, INC. d/b/a LAUNCHPASS,

                Plaintiff,

-against-

FROSTED, INC. d/b/a WHOP, CAMERON ZOUB, *and* STEVEN SCHWARTZ,

                Defendants.

**ORDER**

23-cv-6393 (ER)

Defendants are directed to respond to Plaintiff's motion for a preliminary injunction (Doc. 39) by December 4, 2023.

    SO ORDERED.

Dated:   November 20, 2023
             New York, New York

                                                                Edgardo Ramos, U.S.D.J.