UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLACKPASS, INC. d/b/a LAUNCHPASS,

                Plaintiff,

-against-

FROSTED, INC. d/b/a WHOP, CAMERON ZOUB, *and* STEVEN SCHWARTZ,

                Defendants.

**ORDER**

23-cv-6393 (ER)

    Defendants seek to file a letter motion in support of an anticipated motion to dismiss by January 19, 2024.  Doc. 51.  Plaintiff opposes Defendants' request to move to dismiss on the basis that Defendants only sought extensions of their time to file a responsive pleading, which entails only an answer and not a motion to dismiss.  Doc. 52.  Plaintiff therefore asks that Defendants be directed to answer the complaint by January 19, 2024.  *Id.*

    The Court will allow Defendants to file their premotion letter of no more than three pages on the anticipated motion to dismiss by January 19, 2024.  Plaintiff is directed to file a response of no more than three pages to Defendants' letter motion by January 26, 2024.  The Court will hold a premotion conference on January 30, 2024 at 10:00 a.m. by telephone.  The parties are instructed to call (877) 411-9748 at that time and enter access code 3029857# when prompted.

    The Clerk of Court is respectfully directed to terminate the motions (Docs. 39, 49, and 51).

    SO ORDERED.

Dated:   January 3, 2024
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.