UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLACKPASS, INC. d/b/a LAUNCHPASS,

                    Plaintiff,

– against –

FROSTED, INC. d/b/a WHOP, CAMERON ZOUB, and STEVEN SCHWARTZ,

                    Defendants.

**ORDER**

23-cv-06393 (ER)

RAMOS, D.J.:

    On March 31, 2025, the Court issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss the amended complaint. Doc. 79. The Court hereby clarifies that, in accordance with the analysis at pages 30–31, the disparagement claim is **not** dismissed.

    It is SO ORDERED.

Dated: April 23, 2025
       New York, New York

                                              EDGARDO RAMOS, U.S.D.J.