UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SLACKPASS, INC., doing business as LAUNCHPASS,

Plaintiff,

-against-

FROSTED, INC, doing business as WHOP, CAMERON ZOUB, and STEVEN SCHWARTZ,

Defendants.

**ORDER**

23 Civ. 6393 (ER)

Ramos, D.J.:

The premotion conference in connection with SlackPass' application for leave to file motions to compel will be held on October 14, 2026, at 10:30 a.m. in Courtroom 619, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated: September 29, 2025
New York, New York

Edgardo Ramos, U.S.D.J.